## SECOND DISTRICT.

A. B. Booth, appellant, v. Ray Gore and Andrew Wagner, appellees. Gen. No. 8,038.

Opinion filed June 26, 1929. Rehearing denied October 16, 1929.

Fred W. Potter and George W. Hunt, for appellant. Joseph T. Skinner and J. L. Spaulding, for appellees.

Mr. Presiding Justice Boggs delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Anthony Fiorenza, alias John Doe, plaintiff in error. Gen. No. 8,001.

Opinion filed August 5, 1929.

Douglas Pattison and Ray T. Luney, for plaintiff in error. Martin V. Peterman, State's Attorney, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Albert Caruso, alias John Doe, plaintiff in error. Gen. No. 8,002.

Opinion filed August 5, 1929.

Douglas Pattison and Ray T. Luney, for plaintiff in error. Martin V. Peterman, State's Attorney, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Jasper Cureia, alias John Doe, plaintiff in error. Gen. No. 8,003.

Opinion filed August 5, 1929.

Douglas Pattison and Ray T. Luney, for plaintiff in error. Martin V. Peterman, State's Attorney, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.